UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARCUS GORDON, M.D.**<br>    **Plaintiff,**<br><br>v.<br><br>**9 BRANCH STREET, L.L.C.,**<br>**BROOKS C-1 CONTROL CORPORATION,**<br>**HAROLD J. BROOKS, and**<br>**JOSEPH FRIEDMAN**<br>    **Defendants** | Case No.<br><br>05 11372 MEL |

## CORPORATION DISCLOSURE STATEMENT OF BROOKS C-1 CONTROL CORPORATION.
### LOCAL RULE 7.3(A)

( )   The filing party, a nongovernmental corporation, identifies the following parent companies (list the names and addresses of each publicly held corporation that controls the filing party, directly or through others, or owns 10% or more of the party's stock):

( )   The filing party identifies the following publicly held corporations with which a merger agreement with the party exists:

(X)   The filing party has no parent companies or merger agreements with publicly held corporations.

Date:  June 27, 2005                             Respectfully Submitted,

                                                 BROOKS C-1 CONTROL
                                                 CORPORATION
                                                 By its Attorneys,
                                                 Wiggin & Nourie, P.A.


By:                                              _____
                                                 Paul R. Kfoury, Sr., Esq. (MA Bar #270560)
                                                 Christopher J. Pyles, Esq. (MA Bar #631199)
                                                 WIGGIN & NOURIE, P.A.
                                                 670 N. Commercial Street, Suite 305
                                                 PO Box 808
                                                 Manchester, NH 03105
                                                 603-669-2211


### CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2005 service of a copy of the foregoing Corporate Disclosure was made on the attorneys of record for plaintiff by mailing a true copy thereof, contained in a sealed envelope, with postage prepaid, addressed to said attorneys as shown below.

R. Alan Fryer, Esq.
Dorothy M. Bickford, Esq.
Badger Dolan Parker & Cohen
One State Street
Boston, Massachusetts 02109

Sarah R. Wunsch
ACLU of Massachusetts
99 Chauncy Street, Suite 310
Boston, MA 02111

Dated:  June 27, 2005                            _____
                                                 By:   Paul R. Kfoury, Sr., Esq.


00639884.DOC