UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11372-MEL

MARCUS GORDON, M.D.
        Plaintiff,

v.

9 BRANCH STREET, L.L.C.,
BROOKS C-1 CONTROL CORPORATION,
HAROLD J. BROOKS, and
JOSEPH FRIEDMAN,
        Defendants

**NOTICE OF APPEARANCE**

Please enter my appearance as co-counsel for the plaintiff, Marcus Gordon.

      /s/ Sarah Wunsch
      Sarah R. Wunsch (BBO # 548767)
      ACLU of Massachusetts
      99 Chauncy St., Suite 310
      Boston, MA 02111
      617-482-3170, ext. 323

Dated: July 14, 2005

CERTIFICATE OF SERVICE

I, Sarah Wunsch, hereby certify that on this 14th day of July, 2005, I served a copy of the foregoing document by first class mail addressed to Paul Kfoury, Sr., counsel for the defendant, at Wiggin & Nourie, PO Box 808, Manchester, NH 03105.

      /s/ Sarah Wunsch