UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
MARCUS GORDON, M.D.,                )
         Plaintiff,                 )
                                    )
     v.                             )     C.A. No. 05-11372 MEL
                                    )
9 BRANCH STREET, L.L.C., et al.,    )
         Defendants.                )
_____)

## NOTICE OF CHANGE OF ADDRESS

    Sarah Wunsch, co-counsel for the Plaintiff, hereby gives notice that her address has changed to 211 Congress Street, 3rd Floor, Boston, Massachusetts, 02110.  The phone number remains the same.

    /s/ Sarah Wunsch
    Sarah Wunsch, BBO No. 548767
    ACLU of Massachusetts
    211 Congress Street, 3rd Floor
    Boston, MA 02110
    Tel.: 617-482-3170

Dated: July 28, 2005