UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS GORDON, M.D.<br>    Plaintiff<br><br>vs.<br><br>9 BRANCH STREET, L.L.C.,<br>BROOKS C-1 CONTROL CORPORATION,<br>HAROLD J. BROOKS and<br>JOSEPH FRIEDMAN<br>    Defendants | Civil Action No. 05-11372-MEL |

### CERTIFICATION OF DONNA-MARIE COTE

1. I, Donna-Marie Cote, submit this Certification in support of my application for admission *pro hac vice* in the above-captioned matter.

2. I am an associate in the firm of Wiggin & Nourie, P.A., 670 North Commercial Street, Manchester, New Hampshire, (603) 669-2211, and counsel for defendants in this matter.

3. I am admitted to practice in the following jurisdictions:

    i.    Supreme Court of New Hampshire; and
    ii.   United States District Court for the District of New Hampshire.

4. I am in good standing and eligible to practice in each of the courts in which I have been admitted.

5. I am not currently suspended or disbarred in any jurisdiction, and I am not the subject of any disciplinary proceedings.

6. I have obtained a copy of and have familiarized myself with the Local Rules of this Court.

7. I will associate myself at all times with Paul R. Kfoury of the law firm of Wiggin & Nourie, P.A. who is admitted to the bar of this Court or another member of the bar of this Court for purposes of this action.

8. I certify that the foregoing is true and correct and executed this 5th day of August 2005, in Manchester, New Hampshire.

Date: August 5, 2005          By: /s/ Donna-Marie Cote
                                  Donna-Marie Cote

STATE OF NEW HAMPSHIRE
COUNTY OF HILLSBOROUGH

Personally appeared the above-named Donna-Marie Cote and made oath that the foregoing statements by her subscribed are true and complete to the best of her knowledge and belief.

Before me,

Date: August 5, 2005          Kathryn L. Amar
                              ~~Justice of the Peace~~/Notary Public