## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARCUS GORDON, M.D.<br>    **Plaintiff**<br><br>vs.<br><br>9 BRANCH STREET, L.L.C.,<br>BROOKS C-1 CONTROL CORPORATION,<br>HAROLD J. BROOKS and<br>JOSEPH FRIEDMAN<br>    **Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 05-11372-MEL

### CERTIFICATION OF DEFENDANTS AND
### COUNSEL PURSUANT TO LOCAL RULE 16.1(D)

The defendants, 9 Branch Street, L.L.C., Brooks C-1 Control Corporation,

Harold J. Brooks and Joseph Friedman, and their counsel hereby certify that they have

conferred in accordance with the requirements of Local Rule 16.1(d)(3).

September 1, 2005

9 Branch Street, L.L.C.,
Brooks C-1 Control Corporation,
Harold J. Brooks and
Joseph Friedman, Defendants

By:_____
   Joseph Friedman, Individually and
   Duly Authorized on Behalf of
   9 Branch Street, L.L.C.,
   Brooks C-1 Control Corporation
   and Harold J. Brooks

WIGGIN & NOURIE, P.A.

By:_____
   Paul R. Kfoury, Sr., Esq., BBO #2570560
   Donna-Marie Cote, Esq., NH #14543
   Robert J. Consavage, NH #15316
   670 No. Commercial St., Suite 305
   P.O. Box 808
   Manchester, NH 03105-0808
   603-669-2211

## CERTIFICATE OF SERVICE

I hereby certify that on the above date, a copy of the foregoing was forwarded to the attorneys of record for plaintiff by mailing a true copy thereof, contained in a sealed envelope, with postage prepaid, addressed to said attorneys as shown below:

R. Alan Fryer, Esq.
Dorothy M. Bickford, Esquire
Badger Dolan Parker & Cohen
One State Street
Boston, MA 02109

Sarah R. Wunsch, Esq.
ACLU of Massachusetts
211 Congress Street, 3rd Floor
Boston, MA 02110

_____
Donna-Marie Coté, Esquire