*Filed in open Court 09/07/05*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARCUS GORDON, M.D. <br>     Plaintiff <br><br> vs. <br><br> 9 BRANCH STREET, L.L.C., <br> BROOKS C-1 CONTROL CORPORATION, <br> HAROLD J. BROOKS and <br> JOSEPH FRIEDMAN <br>     Defendants | Civil Action No. 05-11372-MEL |

## CERTIFICATION OF PAUL R. KFOURY, SR.

1. I, Paul R. Kfoury, Sr., submit this Certification in support of my application for admission *pro hac vice* in the above-captioned matter.

2. I am a partner in the firm of Wiggin & Nourie, P.A., 670 North Commercial Street, Manchester, New Hampshire, (603) 669-2211, and counsel for defendants in this matter.

3. I am admitted to practice in the following jurisdictions:

    i.   Supreme Court of New Hampshire
    ii.  Massachusetts Board of Bar Overseers; and
    ii.  United States District Court for the District of New Hampshire.

4. I am in good standing and eligible to practice in each of the courts in which I have been admitted.

5. I am not currently suspended or disbarred in any jurisdiction, and I am not the subject of any disciplinary proceedings.

6. I have obtained a copy of and have familiarized myself with the Local Rules of this Court.

7. I will associate myself at all times with Stephanie A. Bray of the law firm of Wiggin & Nourie, P.A. who is admitted to the bar of this Court or another member of the bar of this Court for purposes of this action.

8. I certify that the foregoing is true and correct and executed this 7th day of September, 2005, in Manchester, New Hampshire.

September 7, 2005    By: _____
                     Paul R. Kfoury, Sr.

STATE OF NEW HAMPSHIRE
COUNTY OF HILLSBOROUGH

Personally appeared the above-named Paul R. Kfoury, Sr. and made oath that the foregoing statements by him subscribed are true and complete to the best of his knowledge and belief.

                     Before me,

September 7, 2005    _____
                     ~~Justice of the Peace/~~Notary Public

                     CARMEN J. GAGNON, Notary Public
                     My Commission Expires July 13, 2010