APPEARANCE

*Filed in Open Court 09/07/05*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Marcus Gordon, M.D.

vs.                                             Civil Action No. 05-11372-MEL

9 Branch Street, L.L.C.,
Brooks C-1 Control Corporation,
Harold J. Brooks And
Joseph Friedman

MR. CLERK:

Enter my appearance as counsel for 9 Branch Street, L.L.C., Brooks C-1 Control

Corporation, Harold J. Brooks and Joseph Friedman in the above-entitled case.

Dated at Manchester, New Hampshire on the 7th day of September, 2005.

WIGGIN & NOURIE, P.A.

By: _____
Stephanie A. Bray, Esq., BBO#650408
Email: sbray@wiggin-nourie.com
670 No. Commercial St., Ste. 305
P.O. Box 808
Manchester, NH 03105-0808
(603) 669-2211