UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS GORDON, M.D.<br><br>        Plaintiff,<br><br>v.<br><br>9 BRANCH STREET, L.L.C., et al.,<br><br>        Defendants. | CIVIL ACTION NO. 05-11372-MEL |

## STIPULATION OF DISMISSAL

The undersigned parties hereby stipulate that all claims asserted by all parties are hereby dismissed with prejudice, without costs, and with all rights of appeal and all rights pursuant to Fed. R. Civ. P. Rule 60(b) waived.

| | |
|---|---|
| MARCUS GORDON, M.D.<br><br>By his attorneys,<br><br>  /s/ R. Alan Fryer<br>R. Alan Fryer (BBO# 180830)<br>Dorothy M. Bickford (BBO# 566380)<br>BADGER, DOLAN, PARKER & COHEN<br>One State Street, suite 600<br>Boston, MA 02109<br>(617) 482-3030<br>and<br>Sarah R. Wunsch (BBO#548767)<br>ACLU of Massachusetts<br>211 Congress Street, 3rd Floor<br>Boston, MA 02110<br>(617) 482-3170 | 9 BRANCH STREET, L.L.C.,<br>BROOKS C-1 CONTROL<br>CORPORATION,<br>HAROLD J. BROOKS and<br>JOSEPH FRIEDMAN<br><br>By their attorneys,<br><br>  /s/ Paul R. Kfoury<br>Paul R. Kfoury, Sr. (BBO# 270560)<br>Stephanie A. Bray (BBO# 650408)<br>Donna-Marie Cote, *pro hac vice*<br>Robert J. Consavage, *pro hac vice*<br>WIGGIN & NOURIE, P.A.<br>670 N. Commercial Street, Suite 305<br>P.O. Box 808<br>Manchester, NH 03105-0808<br>(603) 669-2211 |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED THIS DAY UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY ELECTRONIC SERVICE THROUGH ECF, AND BY FIRST-CLASS MAIL.

| 11/15/06 | /s/ R. Alan Fryer |
|---|---|
| Date | Signature |

100560